IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEX OMEKE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-CV-0567-D |
| | ) | |
| VERIZON WIRELESS, | ) | |
|     Defendant. | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. Accordingly, the court denies plaintiff's motion for leave to proceed *in forma pauperis*. No later than August 21, 2007 plaintiff must pay the $350.00 filing fee to the clerk of court. If he fails to do so, this case will be dismissed without prejudice for want of prosecution.

**SO ORDERED**.

July 31, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE